IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELLY BENSON and LISA CAPARELLIL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWELL BRANDS INC. and NUK USA LLC,<br><br>Defendants. | Case No.: 1:19-cv-06836 (RAG/YBK)<br><br>The Honorable Ronald A. Guzman<br><br>Magistrate Judge Young B. Kim |

## MOTION FOR LEAVE TO SEAL

Pursuant to Local Rules 5.8 and 26.2, Plaintiffs Shelly Benson and Lisa Caparelli, on behalf of themselves and others similarly situated, by and through their attorneys, respectfully move the Court for an order granting them leave to file their Memorandum of Points and Authorities in Support of Class Certification under seal. In support of this motion, Plaintiffs state as follows:

1. On April 14, 2020, the Court entered an Agreed Confidentiality Order (the "Protective Order"). Dkt. 57. The Protective Order allows the parties to designate documents containing confidential information as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" ("Confidential") and limits the parties' use of such information. *Id*. ¶¶ 2–5

2. Additionally, the Protective Order states that a party seeking to file a document containing information designated as Confidential must comply with Local Rule 26.2. *Id.* ¶ 7.

3. Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification includes information learned from documents designated by Defendants as Confidential, including

958236.1

1

deposition transcripts, expert reports, and other documents produced in discovery such as product labels.

4. As a result, Plaintiffs seek to file their Memorandum of Points and Authorities in Support of Class Certification under seal.

5. Plaintiffs will file a redacted version of their Memorandum of Points and Authorities in Support of Class Certification in the public record.

6. Plaintiffs have conferred with counsel for Defendants who have no objection to this motion.

WHEREFORE, Plaintiffs Shelly Benson and Lisa Caparelli respectfully move the Court for leave to file their Memorandum of Points and Authorities in Support of Class Certification under seal.

Dated: June 14, 2021   Respectfully submitted,

**CARLSON LYNCH, LLP**

By: */s/ Edwin J. Kilpela, Jr.*
EDWIN J. KILPELA, JR.
ekilpela@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 253-4996
Facsimile: (412) 231-0346

KATRINA CARROLL
kcarroll@carlsonlynch.com
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
Facsimile: (312) 750-1591

MELISSA S. WEINER
mweiner@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

DANIEL L. WARSHAW*
dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

  I, Edwin J. Kilpela, Jr., an attorney, hereby certify that, on July 14, 2021, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                 */s/ Edwin J. Kilpela, Jr.*
                 EDWIN J. KILPELA, JR.
                 *One of Plaintiff's Attorneys*

958236.1