# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHELLY BENSON and LISA CAPARELLIL, individually and on behalf of all others similarly situated, | Case No.: 1:19-cv-06836 (RAG/YBK) |
| | The Honorable Ronald A. Guzman |
| Plaintiffs, | Magistrate Judge Young B. Kim |
| vs. | |
| NEWELL BRANDS INC. and NUK USA LLC, | |
| Defendants. | |

# DECLARATION OF EDWIN J. KILPELA, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Edwin J. Kilpela Jr., declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at the firm of Carlson Lynch, LLP ("CL"), one of the law firms representing Plaintiffs Shelly Benson and Lisa Caparelli and the proposed Class in this case. CL associated with Pearson, Simon & Warshaw, LLP in this action (together with CL, "Class Counsel").

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification ("Motion"). I am one of the attorneys principally responsible for the handling of this matter for CL. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. CL has the experience, resources and ability to adequately represent the Plaintiffs and Class members in this class action lawsuit. A complete profile of CL's attorneys and summary of the numerous litigations in which they have obtained successful results is set forth in CL's firm resume attached hereto as **Exhibit 1**.

4. I have more than 15 years of experience litigating class-action matters and other complex litigation matters. Among other matters, I currently lead and have lead efforts for plaintiffs in several consumer fraud matters regarding false labeling and false advertising. *See Seegert v. Rexall Sundown, Inc.*, No. 3:17-cv-01243 (N.D. Ill.) (class of millions of consumers certified); *Yamagata v. Renkitt Benckiser LLC*, No. 3:17-cv-03529 (N.D. Cal.); *Snarr, et al. v. Cento Fine Foods, Inc.*, No. 4:19-cv-02627 (N.D. Cal.); *Rael v. Children's Place, Inc.*, No. 3:16-cv-370 (S.D. Cal.); *Marino v. Coach, Inc.*, No. 1:16-cv-01122 (S.D.N.Y.). Furthermore, I was appointed co-lead counsel in *Powell v. Subaru of America, Inc.*, 1:19-cv-19114 (D.N.J.) and am leading *Nunez v. Subaru of America, Inc., et al.*, 1:19-cv-18303 (D.N.J.).

5. In the last several years, Carlson Lynch attorneys, including myself, have led and worked on some of the largest MDL class-action matters in the country. *See In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL 2800 (N.D. Ga.) (co-lead counsel); *In re: Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) (co-lead counsel); *First Choice Federal Credit Union v. The Wendy's Co., et al.*, No. 2:16-cv-0506 (W.D. Pa.) (co-lead counsel); *In Re Blue Cross Blue Shield Antitrust Litig.*, MDL No. 2406, (N.D. Ala.) (Carlson

Lynch appointed to Litigation Committee); *Drennen v. Certain Underwriters at Lloyd's of London*, No. 15-01025 (Bankr. S.D.N.Y) (seeking insurance coverage for more than $300M for certified class of borrowers in connection with the bankruptcy proceedings of GMAC ResCap, Inc., one of the largest bankruptcy proceedings in the history of the United States).

6. In this District, my firm and I have lead several class actions. *See Seegert v. Rexall Sundown, Inc.*, No. 3:17-cv-01243 (N.D. Ill.) (class of millions of consumers certified); *Albrecht v Oasis Power, LLC*, No. 1:18-cv-01061 (N.D. Ill.) (data breach class action); *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corp., et al.*, No. 15-cv-02228 (N.D. Ill.) (Carlson Lynch attorneys served on the plaintiffs' executive committee and as liaison counsel, in this consolidated case in which financial institutions were seeking recovery for losses sustained as a result of a 2014 data breach at one of the nation's largest discount retail chains).

7. The background and experience of the attorneys at CL, our efforts to investigate and develop the allegations in this case, and our clients' stake in this litigation give my firm and me a solid foundation by which we can continue to prosecute this case efficiently and expeditiously.

8. Class Counsel have spent many of hours diligently and passionately pursuing the instant matter on behalf of Plaintiffs and the proposed Class. The Court is well-aware of the procedural history of the instant action, but in summary Class Counsel have represented Plaintiffs and the proposed Class through dispositive motion briefing, extensive discovery involving voluminous document production, depositions, and significant expert work.

9. CL has no known conflicts which would prevent them from adequately representing the proposed Class.

10. As set forth in Plaintiffs' Motion, there is extensive evidence in the record to support granting class certification in this case. This evidence, including documents produced in the litigation, depositions taken to date and expert reports, represents only a small portion of the evidence supporting Plaintiffs' claims in this case.

11. The exhibits cited in support of Plaintiffs' Motion are set forth in the chart below. True and correct copies of these exhibits are attached hereto. All depositions referenced have been

limited to the relevant portions cited in support of the Motion. As required by the Agreed Confidentiality Order (ECF No. 57), and further set forth in the concurrently-filed motion to seal, any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| EXHIBIT NUMBER | DESCRIPTION/BATES NO. | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 2 | Excerpts from the Deposition Transcript of Melissa Wolf taken on September 11, 2020 | Yes |
| 3 | Exhibit 5 to Deposition Transcript of Melissa Wolf | Yes |
| 4 | Expert Report of Professor Jean-Pierre H. Dubé | Yes |
| 5 | Excerpts from the Deposition Transcript of Shelly Benson taken on September 30, 2020 | No |
| 6 | Excerpts from the Deposition Transcript of Lisa Caparelli taken on September 29, 2020 | No |
| 7 | Excerpts from the Deposition Transcript of Nicholas Wolter taken on September 11, 2020 | Yes |
| 8 | Exhibit 15 to Deposition Transcript of Nicholas Wolter | Yes |
| 9 | Expert Report of Dr. Michael Dennis | Yes |
| 10 | Expert Report of Dr. Michael Dennis (Response) | Yes |
| 11 | Expert Report of Professor Jean-Pierre H. Dubé (Response) | Yes |
| 12 | Expert Report of Dr. Denise Martin | Yes |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2021, in Pittsburgh, Pennsylvania.

*/s/ Edwin J. Kilpela, Jr.*

Edwin J. Kilpela, Jr.