IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELLY BENSON and LISA CAPARELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWELL BRANDS INC. and NUK USA LLC,<br><br>Defendants. | Case No.: 1:19-cv-06836<br><br>Hon. Nancy L. Maldonado |

## JOINT STIPULATION DECERTIFYING SUB-CLASS

Plaintiffs Shelly Benson and Lisa Caparelli ("Plaintiffs") and Defendants Newell Brands, Inc. and NUK USA LLC ("Defendants") (jointly, the "Parties"), by and through their respective counsel of record, jointly move for entry of a stipulated order decertifying the Multi-State Subclass.

WHEREAS, on November 16, 2021, this Court issued an Order certifying a Multi-State Subclass of consumers, which the Court defined as "All persons who purchased in the State of Illinois, California, Florida, Massachusetts, Michigan, Minnesota, Missouri, New Jersey, New York, or Washington any of the NUK-branded Orthodontic Pacifiers, within the applicable statute of limitations, for use by a child 24 months or older until the date notice is disseminated" ("the Multi-State Subclass").

WHEREAS, when Plaintiffs served their merits expert reports, they did not seek to calculate class-wide damages attributable to the Multi-State Subclass.

WHEREAS, the Parties agree that, in light of the absence of a class-wide damages calculation for the Multi-State Subclass, the Multi-State Subclass cannot be maintained.

WHEREAS, the Parties met and conferred and agreed that the Multi-State Subclass should be decertified, and this matter should proceed with only the claims of the Multistate Class as defined in this Court's November 16, 2021 Order.

NOW, THEREFORE, Plaintiffs and Defendants, through their undersigned counsel, stipulate as follows, subject to the Court's approval:

1. The Multi-State Subclass is decertified, and the claims of Plaintiffs Caparelli and Benson relating to the claims of the Multi-State Subclass are dismissed with prejudice.

Dated: May 4, 2023

**PEARSON WARSHAW, LLP**

*/s/ Melissa S. Weiner*
MELISSA S. WEINER
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

EDWIN J. KILPELA
ekilpela@lcllp.com
ELIZABETH POLLOCK-AVERY
elizabeth@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0346

KATRINA CARROLL
katrina@lcllp.com
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
Facsimile: (312) 750-1591

*Attorneys for Plaintiffs*

Respectfully Submitted,

**ARENT FOX SCHIFF LLP**

*/s/ Mir Y. Ali*
JOSEPH J. KRASOVEC, III
joseph.krasovec@afslaw.com
DAVID C. SCOTT
david.scott@afslaw.com
MIR Y. ALI
mir.ali@afslaw.com
JEFFREY M. HECKENDORN
jeffrey.heckendorn@afslaw.com
**ARENT FOX SCHIFF LLP**
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500

*Attorneys for Defendants*