## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHELLY BENSON and LISA CAPARELLI, individually and on behalf of all others similarly situated, | Case No.: 1:19-cv-06836 |
| | Hon. Andrea Wood |
| Plaintiffs, | |
| vs. | |
| NEWELL BRANDS INC. and GRACO CHILDREN'S PRODUCTS INC., | |
| Defendants. | |

## PLAINTIFFS' RENEWED CONSENT MOTION TO APPROVE A PLAN OF NOTICE OF CLASS CERTIFICATION

In accordance with this Court's December 16, 2025 Order [ECF No. 339] and Federal Rule of Civil Procedure ("Rule 23") subsection (c)(2), Plaintiffs respectfully move this Court for an order approving a plan of notice regarding the Multi-State Class[1]. In support of this motion, Plaintiffs submit the accompanying Memorandum of Law, Declaration of Melissa S. Weiner, Renewed Declaration of Cameron R. Azari, Esq., and supporting exhibits.

---

[1] All persons who purchased in the State of Illinois, California, Florida, Massachusetts, Michigan, Minnesota, Missouri, New Jersey, New York, or Washington any of the NUK-branded Orthodontic Pacifiers, within the applicable statute of limitations, until the date notice is disseminated.

Dated: January 23, 2026 Respectfully submitted,

By: */s/ Melissa S. Weiner*
MELISSA S. WEINER
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

EDWIN J. KILPELA, JR. (*pro hac vice*)
ek@waykayslay.com
JAMES M. LAMARCA (*pro hac vice*)
jlamarca@waykayslay.com
**WADE KILPELA SLADE LLP**
6425 Living Place - Suite 200
Pittsburgh, Pennsylvania 15206
Telephone: 412-314-0515

ADAM J. LEVITT
alevitt@dicellolevitt.com
BOBBY DICELLO
rfdicello@dicellolevitt.com
AMY KELLER
akeller@dicellolevitt.com
ADAM PROM
aprom@dicellolevitt.com
**DICELLO LEVITT LLC**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

*Attorneys for Plaintiffs and the Certified Class*

3