## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Shelly Benson, et al.

                             Plaintiff,

v.

                                       Case No.: 1:19–cv–06836

Newell Brands, Inc., et al.

                           Honorable Andrea R. Wood

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 3/10/2026. Plaintiffs' renewed consent motion to approve a plan of notice of class certification [342] is granted with the modifications discussed on the record. By 3/18/2026, the parties shall submit a joint proposed scheduling order to Judge Wood's proposed order inbox. Additionally, by 5/11/2026, the parties shall file a joint status report setting forth: (1) that status of the class notice program and the website, and (2) any other developments to bring to the Court's attention. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.