**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHELLY BENSON and LISA CAPARELLI, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

NEWELL BRANDS INC. and GRACO CHILDREN'S PRODUCTS INC.,

Defendants.

Case No.: 1:19-cv-06836

Hon. Andrea Wood

# JOINT STATUS REPORT

On March 10, 2026, the Court entered a Minute entry (ECF #350) requiring the Parties to provide a joint status report setting forth (1) the status of the class notice program and website, and (2) any other developments to bring to the Court's attention.

The Parties have exchanged redline drafts of the long form notice and website, and Plaintiffs have provided Defendants with the test number for the IVR phone recording, which Defendants are reviewing. There are no current areas of dispute, and the Parties are awaiting updated drafts of the long form notice and website from the notice administrator for the Parties' final review. The Parties anticipate the notice plan will be commenced by May 27, 2026.

At this time, the Parties do not have any other developments to bring to the Court's attention.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Mir Y. Ali*
MIR Y. ALI
Mir.ali@afslaw.com
JOSEPH J. KRASOVEC, III
Joseph.krasovec@afslaw.com
J. MAXWELL HECKENDORN
Max.heckendorn@afslaw.com
**ARENT FOX SCHIFF LLP**
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500

*Counsel for Defendants*

*/s/ Melissa S. Weiner*
MELISSA S. WEINER (*pro hac vice*)
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

ADAM J. LEVITT
alevitt@dicellolevitt.com
KENNETH P. ABBARNO
kabbarno@dicellolevitt.com
ROBERT F. DICELLO
rfdicello@dicellolevitt.com
AMY KELLER
akeller@dicellolevitt.com
ADAM PROM
aprom@dicellolevitt.com
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

EDWIN J. KILPELA, JR. (*pro hac vice*)
ek@waykayslay.com
JAMES M. LAMARCA (*pro hac vice*)
jlamarca@waykayslay.com
**WADE KILPELA SLADE LLP**
6425 Living Place - Suite 200
Pittsburgh, Pennsylvania 15206
Telephone: 412-314-0515

*Attorneys for Plaintiffs and the Certified Class*