**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Shelly Benson, et al.
Plaintiff,
v.
Case No.: 1:19−cv−06836
Honorable Andrea R. Wood
Newell Brands, Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' motion to amend pretrial scheduling order [355] is granted. The pretrial deadlines are modified as follows. The joint pretrial order containing the information listed on the Court 9;s website shall be filed by 10/6/2026. Motions in limine shall be filed by 10/6/2026. Responses to motions in limine shall be filed by 10/20/2026. Replies to motions in limine shall be filed by 10/27/2026. Telephonic status hearing set for 10/1/2026 at 11:00 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.