**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHELLY BENSON and LISA CAPARELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWELL BRANDS INC. and GRACO CHILDREN'S PRODUCTS INC.,<br><br>Defendants. | Case No.: 1:19-cv-06836<br><br>Hon. Andrea Wood |

**AMENDED JOINT STATUS REPORT**

On October 1, 2026, the Court entered a Minute entry (Dkt. No. 358) requiring the Parties to provide a joint status report setting forth (1) a proposed plan for curative notice with the attached proposed form of notice, (2) when the parties anticipate being ready to proceed with a jury trial, and (3) any other agenda items the parties would like to discuss at the next hearing.

**1. Proposed Plan for Curative Notice**

As directed by the Court, the Parties have met and conferred, and Plaintiffs have consulted with Epiq, the notice administrator regarding a plan for a curative notice to class members. With the exception of the third bullet point listed below, which contains the Parties' respective positions, the Parties agree to the curative notice, which has been proposed by the Notice Administrator as follows:

- Correct the Class Period dates on the website homepage, LFN notice, FAQs, toll-free IVR recording and any other location they appear. (*See* **Exhibit A**)
- Insert prominently on the website homepage the following: "This website previously displayed incorrect start dates for the purchase periods used to determine eligibility for the NUK Orthodontic Pacifiers class members. The dates have been

corrected in the chart below, the FAQs, and the Long Form Notice available through the Documents link above."

- Additional Statement Regarding Safety: Defendants' Position: This will be the second notice disseminated to the general public about a baby product that Plaintiffs do not allege is defective or a safety hazard. Defendants are concerned that consumers may interpret the repeated notices to mean there is a defect or safety hazard with Defendants' pacifiers when that is not the case. At the October 1, 2026 telephonic status hearing, Defendants made two requests regarding the curative notice: that (1) the curative notice include the statement "there is no claim that NUK Orthodontic Pacifiers are defective or unsafe for you or your baby to use," which was previously proposed for the original notice, and (2) the curative notice only be directed to those class members who were excluded by the original notice. Defendants understand that the Court expressed reluctance in altering the language approved in connection with the original notice, but Defendants submit that fairness and equity weigh in favor of granting either or both of these requests to guard against prejudice caused by Plaintiffs' error in drafting the original notice. Plaintiffs' Position: The Court addressed this issue at the October 1, 2026 Status Conference. Defendants' attempt to re-litigate notice issues already decided by the Court is inappropriate. If the Court is inclined to consider Defendants' request, Plaintiffs request a hearing on this matter.

- The website will include contact information in case someone has a question.

- The corrective notice will run for two (2) weeks on the various web properties used in the original notice effort. The proposal for that is attached hereto as **Exhibit B**. It includes 42.5 million impressions to the target audience. No changes to the banner notice content are necessary. Those who click on the banner will be directed to the website where the corrected class periods will be prominently displayed.

- The Sponsored Search Listings on Google for thirty (30) days to help direct any web searches related to the litigation to the website. The search terms will be set up to be specific to the litigation and not direct generic web searches that only may be related to the Newell Brands product as issue here.

- Opt-Out deadline: 60 days from the date curative notice goes live. Plaintiffs will coordinate with the Notice Administrator for the curative notice to go live within five (5) business days of issuance of the order approving the curative notice.

- Plaintiffs request an order approving the curative notice.

**2. Anticipated Trial Ready Date**

Defendants anticipate that they will be prepared to proceed with a jury trial during April 19-30, 2027, which the Parties understand is available for the Court. Plaintiffs are confirming

whether their witnesses are available on these dates. On October 23, 2026, the Parties will provide a further status report regarding trial availability.

3. **Other Agenda Items for Discussion**

- The parties continue to meet and confer on the issues of conducting a 30(b)(6) deposition of a Defense representative regarding Defendants' supplemental production of product packaging, which was produced at Plaintiffs' request.

- Plaintiffs anticipate motion practice regarding presentation of trial testimony of Defense witness live or by zoom. The parties met and conferred on the matter and were unable to resolve the disagreement.

- Plaintiffs continued efforts to obtain Defendants' updated sales information from third-party Circana and potential motion practice regarding this issue.

- Defendants' request that Plaintiffs revise their trial exhibit list of over 1,300 exhibits to list only those exhibits that Plaintiffs reasonably intend to use at trial. As of this date Plaintiffs have provided a revised Exhibit List of 585 to Defendants' counsel.

Dated: October 16, 2026

*/s/ Mir Y. Ali*
MIR Y. ALI
Mir.ali@afslaw.com
JOSEPH J. KRASOVEC, III
Joseph.krasovec@afslaw.com
JEFFREY D. SKINNER
Jeffrey.skinner@afslaw.com
J. MAXWELL HECKENDORN
Max.heckendorn@afslaw.com
**ARENTFOX SCHIFF LLP**
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500

*Counsel for Defendants*

Respectfully submitted,

*/s/ Amy E. Keller*
AMY KELLER
akeller@dicellolevitt.com
ADAM J. LEVITT
alevitt@dicellolevitt.com
ADAM PROM
aprom@dicellolevitt.com
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

ROBERT F. DICELLO
rfdicello@dicellolevitt.com
KENNETH P. ABBARNO
kabbarno@dicellolevitt.com
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888

MELISSA S. WEINER (*pro hac vice)*
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600

EDWIN J. KILPELA, JR. (*pro hac vice*)
ek@waykayslay.com
JAMES M. LAMARCA (*pro hac vice*)
jlamarca@waykayslay.com
**WADE KILPELA SLADE LLP**
6425 Living Place - Suite 200
Pittsburgh, Pennsylvania 15206
Telephone: 412-314-0515

*Attorneys for Plaintiffs and the Certified Class*