**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHELLY BENSON and LISA CAPARELLI, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

NEWELL BRANDS INC. and GRACO CHILDREN'S PRODUCTS INC.,

Defendants.

Case No.: 1:19-cv-06836

Hon. Andrea Wood

# JOINT STATUS REPORT

Pursuant to the Parties' previous Amended Joint Status Report (Dkt. No. 360), the Parties provide this further joint status report regarding trial availability.

Defendants continue to anticipate that they will be prepared to proceed with a jury trial during April 19-30, 2027, which the Parties understand is available for the Court. Plaintiffs are continuing to confirm whether their witnesses are available on these dates as one of the expert witnesses is scheduled to teach in Asia during that time and availability is uncertain. On November 13, 2026, the Parties will provide a further status report regarding trial availability.

Dated: October 27, 2026

Respectfully Submitted,

/s/ Mir Y. Ali
MIR Y. ALI
Mir.ali@afslaw.com
JOSEPH J. KRASOVEC, III
Joseph.krasovec@afslaw.com
JEFFREY D. SKINNER
Jeffrey.skinner@afslaw.com
J. MAXWELL HECKENDORN
Max.heckendorn@afslaw.com

/s/ Amy E. Keller
AMY KELLER
akeller@dicellolevitt.com
ADAM J. LEVITT
alevitt@dicellolevitt.com
ADAM PROM
aprom@dicellolevitt.com
**DICELLO LEVITT LLP**
Ten North Dearborn Street

**ARENTFOX SCHIFF LLP**
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500

*Counsel for Defendants*

Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

ROBERT F. DICELLO
rfdicello@dicellolevitt.com
KENNETH P. ABBARNO
kabbarno@dicellolevitt.com
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888

MELISSA S. WEINER (*pro hac vice)*
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600

EDWIN J. KILPELA, JR. (*pro hac vice*)
ek@waykayslay.com
JAMES M. LAMARCA (*pro hac vice*)
jlamarca@waykayslay.com
**WADE KILPELA SLADE LLP**
6425 Living Place - Suite 200
Pittsburgh, Pennsylvania 15206
Telephone: 412-314-0515

*Attorneys for Plaintiffs and the Certified Class*